ANDERSON LAW FIRM
MARTIN W. ANDERSON, State Bar No. 178422
2070 North Tustin Avenue
Santa Ana, California 92705
Tel:  (714) 516-2700 ▪ Fax:  (714) 532-4700
E-mail:  martin@andersonlaw.net

JS-6

CALIFORNIA LEMON LAW CENTER, INC.
LUCY KASPARIAN, State Bar No. 228932
136 N. Glendale Ave.
Glendale, California 91206
Tel:  (818) 547-5777 ▪ Fax:  (818) 547-9777
E-mail:  lucy@cllclaw.com

Attorneys for Plaintiff Karim Irani

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| KARIM IRANI,<br><br>                              Plaintiff,<br><br>v.<br><br>AUTOMOBILI LAMBORGHINI<br>AMERICA, LLC,<br><br>                              Defendant. | Case No. SA CV 09-140 JVS (RNBx)<br><br>HON. JAMES V. SELNA<br>Courtroom 10C<br><br>**ORDER ON PARTIES'<br>STIPULATION FOR ORDER<br>DISMISSING ACTION WITH<br>PREJUDICE**<br><br>Complaint Filed:  February 5, 2009<br>Trial Date:  March 2, 2010 |

The parties have stipulated that the action should be dismissed with prejudice.  Accordingly, the entire action is dismissed with prejudice.  Each party shall bear their own costs and attorney fees.

DATED:  September 18, 2009

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ANDERSON LAW FIRM
2070 NORTH TUSTIN AVENUE
SANTA ANA, CALIFORNIA 92705
TELEPHONE: (714) 516-2700

- 1 -